# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:01cr78-001LAC

KATRINA JOHNSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 4, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE BASED ON RETROACTIVE GUIDELINE AMENDMENT, EFFECTIVE MARCH 03, 2008, CONCERNING COCAINE BASE ("CRACK") THAT HAVE THE EFFECT OF LOWERING GUIDELINE RANGE

Filed by  DEFENDANT PRO SE     on 2/4/2008     Doc.# 177

RESPONSES:

                                                on _____  Doc.# _____
                                                on _____  Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       *s/Mary Maloy*

LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice.  The retroactive application does not become effective until 3 March 2008.*

                                                        *s/L.A. Collier*
                                                        *LACEY A. COLLIER*
                                               *Senior United States District Judge*

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.